UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI LANGAN, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL NO. 3:13-cv-01470-JBA |
| v. | : : : | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC. | : : : | NOVEMBER 26, 2013 |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS HAROLD P. WEINBERGER AND EILEEN M. PATT

Pursuant to Local Civil Rule 83.1(d)(1), the undersigned counsel hereby moves for the admission *pro hac vice* of Attorneys Harold P. Weinberger and Eileen M. Patt to represent the Defendant, Johnson & Johnson Consumer Companies, Inc. ("Johnson & Johnson") in this action. As grounds for this motion, Johnson & Johnson respectfully states as follows:

1. Attorney Harold P. Weinberger is a partner of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036. His telephone number is 212-715-9132, his fax number is 212-715-8132, and his email address is hweinberger@kramerlevin.com. He is a member in good standing of the Bars of the State of New York (Bar No. 1218445), the District of Columbia (Bar No. 434012), and the federal courts listed in Paragraph 2 of Attorney Weinberger's affidavit, which is attached as Exhibit A hereto.

2. Attorney Eileen M. Patt is an associate of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036. Her telephone number is 212-715-9347, her fax number is 212-715-8000, and her email address is epatt@kramerlevin.com. She is a member in good standing of the Bar of the State of New York

(Bar No. 4695201), and the federal courts listed in Paragraph 2 of Attorney Patt's affidavit, which is attached as Exhibit B hereto.

3. The undersigned hereby moves that Attorneys Weinberger and Patt be permitted to represent the defendant, Johnson & Johnson, in all matters and proceedings related to the above-captioned case.

4. This motion is accompanied by affidavits from Attorneys Weinberger and Patt, attached hereto as Exhibits A and B, attesting that they satisfy all of the requirements for admission as visiting attorneys under Local Civil Rule 83.1(d)(1).

5. Together with the filing of this motion, payment is being made to the Clerk of the Court in the amount of one hundred fifty dollars ($150.00), representing the payment required pursuant to Local Rule 83.1(d)(2).

6. For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Attorneys Weinberger and Patt be permitted to represent the defendant, Johnson & Johnson, in all proceedings before this Court.

> DEFENDANT
> JOHNSON & JOHNSON CONSUMER COMPANIES, INC.
>
> By: /s/ Wystan M. Ackerman
>     Wystan M. Ackerman (ct24090)
>     E-mail: wackerman@rc.com
>     Robinson & Cole LLP
>     280 Trumbull Street
>     Hartford, CT 06103-3597
>     Tel. No.: (860) 275-8200
>     Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Wystan M. Ackerman
                                  Wystan M. Ackerman