UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEIDI LANGAN, on behalf of herself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:13-cv-01470-JBA |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON CONSUMER COMPANIES, INC. | : | JANUARY 23, 2014 |
| | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY RACHEL FEINBERG

Pursuant to Local Civil Rule 83.1(d)(1), the undersigned counsel hereby moves for the admission *pro hac vice* of Attorney Rachel Feinberg to represent the Defendant, Johnson & Johnson Consumer Companies, Inc. ("Johnson & Johnson") in this action. As grounds for this motion, Johnson & Johnson respectfully states as follows:

1. Attorney Rachel Feinberg is an Associate of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036. Her telephone number is 212-715-9216, her fax number is 212-715-8168, and her email address is RFeinberg@kramerlevin.com. She is a member in good standing of the Bar of the State of New York (Bar No. 4822953), and the U.S. District Court for the Southern District of New York.

2. The undersigned hereby moves that Attorney Feinberg be permitted to represent the defendant, Johnson & Johnson, in all matters and proceedings related to the above-captioned case.

3. This motion is accompanied by an affidavit from Attorney Feinberg, attached hereto as Exhibit A, attesting that she satisfies all of the requirements for admission as a visiting attorney under Local Civil Rule 83.1(d)(1).

4. Together with the filing of this motion, payment is being made to the Clerk of the Court in the amount of seventy five dollars ($75.00), representing the payment required pursuant to Local Rule 83.1(d)(2).

5. For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Attorney Feinberg be permitted to represent the defendant, Johnson & Johnson, in all proceedings before this Court.

DEFENDANT
JOHNSON & JOHNSON CONSUMER COMPANIES, INC.

By: /s/ Wystan M. Ackerman
Wystan M. Ackerman (ct24090)
E-mail: wackerman@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2014 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Wystan M. Ackerman
Wystan M. Ackerman