UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Langan,
            *Plaintiff*,

            *v.*

Johnson & Johnson,
            *Defendant*.

Civil No. 13-1470  (JBA)

SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/22/14, the following schedule is

ordered:

1.      Plaintiff's Second (Final) Amended Complaint will be filed by 2/5/14.

2.      Defendant's Motion to Dismiss will be filed by 2/12/14; opposition will be filed by
        3/6/14; any reply will be filed by 3/20/14.

3.      Oral Argument will be held 5/15/14 at 10:00 a.m., Courtroom Two.

4.      Plaintiff's class certification motion will be filed 60 days after ruling.

5.      All discovery will be completed by 12/1/14, as follows:

        Plaintiff's expert reports will be served by 8/15/14, and depositions will be
        completed by 9/15/14.
        Defendant's expert reports will be served by 10/15/14 and depositions will be
        completed by 11/15/14.

        A damages analysis by any party with a claim or counterclaim shall be served on
        opposing counsel by 8/1/14.

        Counsel's attention is called to the Court's Standing Protective Order which may
        be utilized, if necessary, and may be found by visiting www.ctd.uscourts.gov →
        Janet Bond Arterton → Forms.

6.      After a pre-filing conference, any dispositive motions will be filed by 1/21/15.

If dispositive motions are filed, the parties will be expected to be trial ready 9/1/15.  The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions.

If no dispositive motions are filed, the parties' Joint Trial Memorandum [http://www.ctd.uscourts.gov/jba.html – Forms] will be due 3/1/15 and the parties will be expected to be trial ready 4/1/15

7.      A telephonic status conference will be held on 11/19/14 at 3:30 p.m.  Defense counsel shall initiate the conference call to chambers: 203-773-2456.  The parties' status reports will be filed on 11/12/14.

IT IS SO ORDERED.

/s/_____

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 23, 2014.