UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEIDI LANGAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 3:13-CV-01470 |

**JOINT STATUS REPORT**

On April 6, 2017, the Court granted the Parties' join motion for extension of time to file the joint trial memorandum pending settlement discussions. ECF No. 140. The Parties have reached a settlement agreement in principle and anticipate finalizing it shortly. Accordingly, the Parties respectfully request that the Court stay the case for a period of thirty days to permit the Parties to memorialize and execute their agreement.

**IZARD, KINDALL & RAABE LLP**

By: /s/ Mark P. Kindall　　　　　　　　　　　　　　　Date: June 7, 2017
　　　Mark P. Kindall
　　　29 South Main Street, Suite 305
　　　West Hartford, CT 06107
　　　Telephone: 860-493-629
　　　Facsimile: 860-493-6290
　　　mkindall@ikrlaw.com

*Attorneys for Plaintiff*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ Harold P. Weinberger　　　　　　　　　　　　Date: June 7, 2017
　　　Harold P. Weinberger
　　　1177 Avenue of the Americas
　　　New York, NY 10036
　　　Telephone: 212-715-9100
　　　Facsimile: 212-715-9000

*Attorneys for Defendant*