UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

HEIDI LANGAN on behalf of herself and all others similarly situated,

                Plaintiff,

v.

JOHNSON & JOHNSON CONSUMER COMPANIES, INC.,

                Defendant.

Civil Action No. 13-cv-01470 (JAM)

JUNE 27, 2017

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate to a dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees, and waiving any right of appeal.

| PLAINTIFF | DEFENDANT |
|---|---|
| HEIDI LANGAN | JOHNSON & JOHNSON CONSUMER COMPANIES, INC. |
| By: /s/ Robert A. Izard, Jr. | |
| Robert A. Izard, Jr. | By: /s/ Wystan M. Ackerman |
| E-mail: rizard@ikrlaw.com | Wystan M. Ackerman (ct24090) |
| Mark P. Kindall | E-mail: wackerman@rc.com |
| E-mail: mkindall@ikrlaw.com | ROBINSON & COLE LLP |
| Seth R. Klein | 280 Trumbull Street |
| E-mail: sklein@ikrlaw.com | Hartford, Connecticut 06103-3597 |
| IZARD, KINDALL & RAABE, LLP | Phone: (860) 275-8200 |
| 29 South Main St., Suite 305 | Fax: (860) 275-8299 |
| West Hartford, CT 06107 | |
| Tel. 860-493-6295 | Harold P. Weinberger (phv 06406) |
| Fax 860-493-6290 | E-mail: hweinberger@kramerlevin.com |
| | Eileen M. Patt (phv06407) |
| Nicole A. Veno | E-mail: epatt@kramerlevin.com |
| E-mail: nveno@venolaw.com | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| LAW OFFICE OF NICOLE A. VENO, LLC | 1177 Avenue of the Americas |

573 Hopmeadow St.
Simsbury, CT 06070
Tel. 860-474-4204
Fax 860-717-3207

Joseph J. DePalma
E-mail: jdepalma@litedepalma.com
Katrina Carroll
E-mail: kcarroll@litedepalma.com
LITE DEPALMA GREENBERG, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel. 973-623-3000
Fax 973-623-0858

Michael A. Laux
E-mail: mlaux@lauxlaw.com
LAW OFFICE OF MICHAEL A. LAUX
8 Myrtle Avenue
Westport, CT 06880
Tel. 203-226-3392
Fax 203-222-8023

New York, New York 10036
Phone: (212) 715-9100
Fax: (212) 715-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2017, a copy of the foregoing was filed electronically with the Court's ECF system. Notice of this filing will be served upon all counsel of record by operation of the Court's ECF system.

                                                      _/s/ Wystan M. Ackerman_